UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
NORTHERN NEVADA DIVISION

In re: MCGUINNESS, OVIDIA L.   §   Case No. 09-53637-GWZ
                               §
                               §
Debtor(s)                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 16, 2009. The undersigned trustee was appointed on October 16, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       68,253.04

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,207.71 |
   | Bank service fees | 3,435.65 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 63,609.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/30/2010 and the deadline for filing governmental claims was 04/14/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,662.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,662.65, for a total compensation of $6,662.65.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $808.74, for total expenses of $808.74.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2014            By: /s/ANABELLE SAVAGE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-53637-GWZ  
**Case Name:** MCGUINNESS, OVIDIA L.  

**Trustee:** (480120)  ANABELLE SAVAGE  
**Filed (f) or Converted (c):** 10/16/09 (f)  
**§341(a) Meeting Date:** 11/23/09  

**Period Ending:** 02/21/14  
**Claims Bar Date:** 06/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1053 Lovelock (construction yard) | 100,000.00 | 100,000.00 | | 5,000.00 | FA |
| 2 | 450 Industrial Way (yard & shop)  (See Footnote) | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 515 Western Ave, prev. residence | 135,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1515 Delta (rental) | 50,000.00 | 50,000.00 | | 25,244.45 | FA |
| 5 | vacant lot 765 Western Ave., Lovelock, NV<br>    Pursuant to Order entered 2/23/10 document<br>number 22  (See Footnote) | 23,250.00 | 23,250.00 | | 23,250.00 | FA |
| 6 | vacant lot - Western Ave. | 12,500.00 | 12,500.00 | | 12,500.00 | FA |
| 7 | 560 1/2 11th St | 40,000.00 | 0.00 | | 0.00 | FA |
| 8 | cash<br>    Per Amendment of Schedle B  4/7/11 | 200.00 | 125.00 | | 25.00 | FA |
| 9 | NSB  # 5984  (u) | 50.00 | 10.44 | | 10.44 | FA |
| 10 | B of A   acct. 1892  (u) | 18.27 | 18.27 | | 18.27 | FA |
| 11 | GNCU | 25.00 | 25.00 | | 25.00 | FA |
| 12 | household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | computer | 200.00 | 0.00 | | 0.00 | FA |
| 14 | clothing | 200.00 | 0.00 | | 0.00 | FA |
| 15 | wages  (u)<br>    Orig. Asset Memo: 25% non-exempt weekly net<br>761.27; | 190.32 | 190.32 | | 190.32 | FA |
| 16 | PERS | 0.00 | 0.00 | | 0.00 | FA |
| 17 | mining claims<br>    Per Amend Schedule B  4/7/11  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | LPN license | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Ford | 17,405.00 | 0.00 | | 0.00 | FA |
| 20 | 2009 TAX REFUND  (u)<br>    FULL AMT. 2,239.00, 6.13 PER DAY X 290 DAYS | 1,777.70 | 1,777.70 | | 1,964.97 | FA |
| 21 | B of A  acct  7982 | 5.00 | 5.00 | | 5.00 | FA |
| 22 | Inheritance - LeRoy Casady  (u)<br>    Per Amended Schedule B  4/7/11  (See Footnote) | Unknown | Unknown | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-53637-GWZ  
**Case Name:** MCGUINNESS, OVIDIA L.  

**Trustee:** (480120) ANABELLE SAVAGE  
**Filed (f) or Converted (c):** 10/16/09 (f)  
**§341(a) Meeting Date:** 11/23/09  

**Period Ending:** 02/21/14  
**Claims Bar Date:** 06/30/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 19.59 | FA |
| 23 | Assets  Totals (Excluding unknown values) | $466,821.29 | $187,901.73 | | $68,253.04 | $0.00 |

RE PROP# 2      Abandoned per Order of 8/27/2010, docket #49.  
RE PROP# 5      Sold to Pershing School Dist. IRS had lien on this lot.  
RE PROP# 17     no value for the estate  
RE PROP# 22     Trustee is in the process of investigating the inheritance and other properties in Battle Mountain,  
                NV. checked out, no value for the estate

**Major Activities Affecting Case Closing:**

   Possible unscheduled property.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   February 21, 2014  (Actual)

Printed: 02/21/2014 01:12 PM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-53637-GWZ | | Trustee: | ANABELLE SAVAGE (480120) |
|---|---|---|---|---|
| Case Name: | MCGUINNESS, OVIDIA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****55-65 - Money Market Account |
| Taxpayer ID #: | **-***5957 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/21/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/10 | {5} | Maupin, Cox & Legoy | proceeds from sale of real property | 1110-000 | 23,250.00 | | 23,250.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 23,250.75 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.60 | | 23,251.35 |
| 04/20/10 | | Wire out to BNYM account 9200******5565 | Wire out to BNYM account 9200******5565 | 9999-000 | -23,251.35 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -23,251.35 | 0.00 | |
| | | | **Subtotal** | | 23,251.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,251.35** | **$0.00** | |

{} Asset reference(s)

Printed: 02/21/2014 01:12 PM    V.13.14

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-53637-GWZ | | Trustee: | ANABELLE SAVAGE (480120) |
|---|---|---|---|---|
| Case Name: | MCGUINNESS, OVIDIA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Checking Account |
| Taxpayer ID #: | **-***5957 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 23,251.35 | | 23,251.35 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 23,251.83 |
| 05/17/10 | | US Treasury | 2009 tax refund | | 2,239.00 | | 25,490.83 |
| | {8} | | Payment of Non Exempt Items     25.00 | 1129-000 | | | 25,490.83 |
| | {9} | | Payment of Non Exempt Items     10.44 | 1229-000 | | | 25,490.83 |
| | {10} | | Payment of Non Exempt Items     18.27 | 1229-000 | | | 25,490.83 |
| | {11} | | Payment of Non Exempt Items     25.00 | 1129-000 | | | 25,490.83 |
| | {15} | | Payment of Non Exempt Items     190.32 | 1229-000 | | | 25,490.83 |
| | {21} | | Payment of Non Exempt Items     5.00 | 1129-000 | | | 25,490.83 |
| | {20} | | Payment of Non Exempt Items     1,964.97 | 1229-000 | | | 25,490.83 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.44 | | 25,492.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.46 | | 25,493.73 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.52 | | 25,495.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.51 | | 25,496.76 |
| 09/01/10 | 11001 | Office of the Clerk | Certified order(s) | 2700-000 | | 10.00 | 25,486.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,486.96 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,487.17 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,487.37 |
| 12/08/10 | {4} | STEWART TITLE OF NV | Payment of Non Exempt Items | 1110-000 | 25,244.45 | | 50,731.82 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.01 | | 50,732.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,734.12 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.16 | | 50,735.28 |
| 03/16/11 | 11002 | INTERNATION SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/16/2011 FOR CASE #09-53637 | 2300-000 | | 83.59 | 50,651.69 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,652.98 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.24 | | 50,654.22 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 50,655.51 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,655.92 |
| 07/11/11 | | WESTERN TITLE CO. | | | 11,615.22 | | 62,271.14 |
| | | | Subtotals : | | $62,364.73 | $93.59 | |

{} Asset reference(s)

Printed: 02/21/2014 01:12 PM    V.13.14

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-53637-GWZ  
**Case Name:** MCGUINNESS, OVIDIA L.  

**Taxpayer ID #:** **-***5957  
**Period Ending:** 02/21/14

**Trustee:** ANABELLE SAVAGE (480120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  | {6} |  | Payment of Non Exempt Items   12,500.00 | 1110-000 |  |  | 62,271.14 |
|  |  |  | -884.78 | 2500-000 |  |  | 62,271.14 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 |  | 62,271.63 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 110.67 | 62,160.96 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 |  | 62,161.47 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 144.79 | 62,016.68 |
| 09/26/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | -4.27 | 62,020.95 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 |  | 62,021.45 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 127.43 | 61,894.02 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 |  | 61,894.53 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 122.94 | 61,771.59 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 |  | 61,772.09 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 135.40 | 61,636.69 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 |  | 61,637.20 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 126.64 | 61,510.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 |  | 61,511.07 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 134.47 | 61,376.60 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 121.57 | 61,255.03 |
| 03/14/12 | 11003 | INTERNATION SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/14/2012 FOR CASE #09-53637 | 2300-000 |  | 64.19 | 61,190.84 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 125.50 | 61,065.34 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 120.96 | 60,944.38 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 137.38 | 60,807.00 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 120.44 | 60,686.56 |
| 07/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 132.64 | 60,553.92 |
| 08/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 128.21 | 60,425.71 |
| 09/28/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 115.56 | 60,310.15 |
| 10/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 135.94 | 60,174.21 |
| 11/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 123.30 | 60,050.91 |
| 12/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 118.95 | 59,931.96 |
| 01/10/13 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048012088 20130110 | 9999-000 |  | 59,931.96 | 0.00 |

Subtotals :     $3.53     $62,274.67

{} Asset reference(s)

Printed: 02/21/2014 01:12 PM     V.13.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-53637-GWZ | | **Trustee:** | ANABELLE SAVAGE (480120) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MCGUINNESS, OVIDIA L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******55-65 - Checking Account |
| **Taxpayer ID #:** | **-***5957 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/21/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 62,368.26 | 62,368.26 | $0.00 |
| | | | Less: Bank Transfers | | 23,251.35 | 59,931.96 | |
| | | | **Subtotal** | | **39,116.91** | **2,436.30** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,116.91** | **$2,436.30** | |

{} Asset reference(s)    Printed: 02/21/2014 01:12 PM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-53637-GWZ  
**Case Name:** MCGUINNESS, OVIDIA L.  

**Taxpayer ID #:** **-***5957  
**Period Ending:** 02/21/14

**Trustee:** ANABELLE SAVAGE (480120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****897365 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 59,931.96 | | 59,931.96 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.93 | 59,840.03 |
| 02/07/13 | 21004 | INTERNATION SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2013 FOR CASE #09-53637, Bond # 016048576 | 2300-000 | | 84.77 | 59,755.26 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.33 | 59,674.93 |
| 03/29/13 | | Rabobank, N.A. | BANK & TECHNOLOGY SERVICES FEE | 2600-000 | | 82.99 | 59,591.94 |
| 04/30/13 | | Rabobank, N.A. | BANK & TECHNOLOGY SERVICES FEE | 2600-000 | | 91.42 | 59,500.52 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.43 | 59,412.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.75 | 59,332.34 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.87 | 59,238.47 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.20 | 59,153.27 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.24 | 59,071.03 |
| 10/04/13 | {1} | WESTERN TITLE CO. | Payment of Non Exempt Items | 1110-000 | 5,000.00 | | 64,071.03 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.22 | 63,971.81 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.87 | 63,885.94 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.08 | 63,784.86 |
| 01/09/14 | 21005 | INTERNATION SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/09/2014 FOR CASE #09-53637 | 2990-000 | | 80.38 | 63,704.48 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.80 | 63,609.68 |
| | | | **ACCOUNT TOTALS** | | 64,931.96 | 1,322.28 | $63,609.68 |
| | | | Less: Bank Transfers | | 59,931.96 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 1,322.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$1,322.28** | |

|  |  |
|---|---:|
| Net Receipts : | 67,368.26 |
| Plus Gross Adjustments : | 884.78 |
| Net Estate : | $68,253.04 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 23,251.35 | 0.00 | 0.00 |
| Checking # 9200-******55-65 | 39,116.91 | 2,436.30 | 0.00 |
| Checking # ****897365 | 5,000.00 | 1,322.28 | 63,609.68 |
| | $67,368.26 | $3,758.58 | $63,609.68 |

{} Asset reference(s)

Printed: 02/21/14 01:12 PM    **Claims Distribution Register**    Page: 1

**Case: 09-53637-GWZ    MCGUINNESS, OVIDIA L.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 -2 | 02/03/10 | 100 | LANDER COUNTY TREASURER<br>315 SOUTH HUMBOLDT STREET<br>Battle Mountain, NV 89820<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | 101.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | 04/22/10 | 100 | Greater Nevada Cu<br>Acct No xxxxxxxxx0001<br>Po Box 2128<br>Carson City, NV 89702<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | 34,302.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | 04/26/10 | 100 | ROADWAY ROCK AND REDI-MIX<br>C/O GERBER LAW OFFICES, LLP<br>491 4TH STREET<br>ELKO, NV 89801<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)><br>Mechanic's & materialmen's Lien secured against property in the City of Wells, Elko County, NV.  dated 12/26/2008. | 8,224.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31S | 10/12/10 | 100 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126,Stop: N781<br>Philadelphia, PA 19114<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)> | 79,356.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:    0% Paid** | **$121,985.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$121,985.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Admin Ch. 7 Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 10/16/09 | 200 | STEWART TITLE OF NV.<br>5335 Kietzke Lane<br>Suite 110<br>Reno, NV 89511<br><2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)><br>Paid through escrow.  1515 Delta Place, Lovelock, NV | 2,255.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 10/16/09 | 200 | ANABELLE SAVAGE<br>P.O. BOX 6179<br>RENO, NV 89513<br><2200-00   Trustee Expenses> | 808.74 | 808.74 | 0.00 | 808.74 | 808.74 |
| | 10/16/09 | 200 | ANABELLE SAVAGE<br>P.O. BOX 6179<br>RENO, NV 89513<br><2100-00   Trustee Compensation> | 6,662.65 | 6,662.65 | 0.00 | 6,662.65 | 6,662.65 |
| | | | **Total for Priority 200:    100% Paid** | **$9,726.94** | **$7,471.39** | **$0.00** | **$7,471.39** | **$7,471.39** |
| | | | **Total for Admin Ch.  7 Claims:** | **$9,726.94** | **$7,471.39** | **$0.00** | **$7,471.39** | **$7,471.39** |

Printed: 02/21/14 01:12 PM   **Claims Distribution Register**   Page: 2

**Case: 09-53637-GWZ   MCGUINNESS, OVIDIA L.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 31P | 10/12/10 | 570 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126,Stop: N781<br>Philadelphia, PA 19114<br><5800-00   Claims of Governmental Units> | 72,785.71 | 72,785.71 | 0.00 | 72,785.71 | 56,138.29 |
| | | **Priority 570:   77.12818% Paid** | | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/07/10 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 4,016.62 | 4,016.62 | 0.00 | 4,016.62 | 0.00 |
| 2 | 01/07/10 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 13,324.71 | 13,324.71 | 0.00 | 13,324.71 | 0.00 |
| 3 | 01/07/10 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 5,097.03 | 5,097.03 | 0.00 | 5,097.03 | 0.00 |
| 4 | 01/13/10 | 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124<br><7100-00   General Unsecured § 726(a)(2)> | 4,546.78 | 4,546.78 | 0.00 | 4,546.78 | 0.00 |
| 6 | 03/29/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 6,196.39 | 6,196.39 | 0.00 | 6,196.39 | 0.00 |
| 7 | 04/02/10 | 610 | PERSHING GENERAL HOSPITAL<br>Acct No XXXX-1708<br>PO BOX 661<br>Lovelock, NV 89419<br><7100-00   General Unsecured § 726(a)(2)> | 3,556.63 | 3,556.63 | 0.00 | 3,556.63 | 0.00 |
| 8 | 04/02/10 | 610 | STOR ALL, LLC<br>1456 INDUSTRIAL WAY<br>Gardnerville, NV 89410<br><7100-00   General Unsecured § 726(a)(2)> | 3,104.05 | 3,104.05 | 0.00 | 3,104.05 | 0.00 |

Printed: 02/21/14 01:12 PM  **Claims Distribution Register**  Page: 3

**Case: 09-53637-GWZ    MCGUINNESS, OVIDIA L.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 04/02/10 | 610 | LOUIE'S ACE HOME CENTER<br>1855 W. WILLIAMS AVE<br>Fallon, NV 89406<br><7100-00   General Unsecured § 726(a)(2)> | 379.92 | 379.92 | 0.00 | 379.92 | 0.00 |
| 10 | 03/31/10 | 610 | SIERRA ROOFING SUPPLY<br>PO BOX 3041<br>Reno, NV 89505<br><7100-00   General Unsecured § 726(a)(2)> | 7,432.06 | 7,432.06 | 0.00 | 7,432.06 | 0.00 |
| 11 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 10,146.85 | 10,146.85 | 0.00 | 10,146.85 | 0.00 |
| 12 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 4,326.10 | 4,326.10 | 0.00 | 4,326.10 | 0.00 |
| 13 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 27,880.97 | 27,880.97 | 0.00 | 27,880.97 | 0.00 |
| 14 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 8,466.26 | 8,466.26 | 0.00 | 8,466.26 | 0.00 |
| 15 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 14,431.51 | 14,431.51 | 0.00 | 14,431.51 | 0.00 |
| 16 | 04/06/10 | 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><7100-00   General Unsecured § 726(a)(2)> | 1,654.09 | 1,654.09 | 0.00 | 1,654.09 | 0.00 |
| 17 | 04/09/10 | 610 | HUMBOLDT VEGA, LLC<br>PO BOX 1568<br>Elko, NV 89803<br><7100-00   General Unsecured § 726(a)(2)> | 5,066.22 | 5,066.22 | 0.00 | 5,066.22 | 0.00 |
| 20 | 04/27/10 | 610 | Ford Motor Credit Company<br>c/o Gerald A Phillips,Esq.<br>10475 Double R Blvd<br>Reno, NV 89521<br><7100-00   General Unsecured § 726(a)(2)> | 17,227.00 | 17,227.00 | 0.00 | 17,227.00 | 0.00 |
| 21 | 04/27/10 | 610 | Ford Motor Credit Company<br>c/o Gerald A Phillips,Esq.<br>10475 Double R Blvd<br>Reno, NV 89521<br><7100-00   General Unsecured § 726(a)(2)> | 14,372.00 | 14,372.00 | 0.00 | 14,372.00 | 0.00 |

Printed: 02/21/14 01:12 PM  **Claims Distribution Register**  Page: 4

### Case: 09-53637-GWZ    MCGUINNESS, OVIDIA L.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 22 | 04/27/10 | 610 | Ford Motor Credit Company<br>c/o Gerald A Phillips,Esq.<br>10475 Double R Blvd<br>Reno, NV 89521<br><7100-00   General Unsecured § 726(a)(2)> | 13,811.18 | 13,811.18 | 0.00 | 13,811.18 | 0.00 |
| 23 | 04/27/10 | 610 | KAFOURY ARMSTRONG<br>301 WEST TOLAS PLACE<br>Fallon, NV 89406<br><7100-00   General Unsecured § 726(a)(2)> | 7,265.00 | 7,265.00 | 0.00 | 7,265.00 | 0.00 |
| 24 | 05/06/10 | 610 | Volvo Financial Services, a division of<br>VFS US LLC<br>P.O. Box 26131<br>Greensboro, NC 27402<br><7100-00   General Unsecured § 726(a)(2)> | 22,462.53 | 22,462.53 | 0.00 | 22,462.53 | 0.00 |
| 25 | 05/06/10 | 610 | Volvo Financial Services, a division of<br>VFS US LLC<br>P.O. Box 26131<br>Greensboro, NC 27402<br><7100-00   General Unsecured § 726(a)(2)> | 11,026.64 | 11,026.64 | 0.00 | 11,026.64 | 0.00 |
| 26 | 05/26/10 | 610 | MIDLAND FUNDING, LLC<br>Agent Recoser, LLC<br>25 SE 2nd Avenue, Ste. 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 328.70 | 328.70 | 0.00 | 328.70 | 0.00 |
| 27 | 05/26/10 | 610 | MIDLAND FUNDING, LLC<br>Agent Recoser, LLC<br>25 SE Avenue, Suite 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 443.49 | 443.49 | 0.00 | 443.49 | 0.00 |
| 28 | 05/27/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)> | 16,552.54 | 16,552.54 | 0.00 | 16,552.54 | 0.00 |
| 29 | 06/25/10 | 610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 254.06 | 254.06 | 0.00 | 254.06 | 0.00 |
| NOTICE | 10/16/09 | 610 | HSBC Bank of America<br>Bass & Associates<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 02/21/14 01:12 PM          **Claims Distribution Register**          Page: 5

### Case: 09-53637-GWZ    MCGUINNESS, OVIDIA L.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTICE | 10/16/09 | 610 | Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Allan D. Jensen, Esq.<br>6165 Ridgeview Court<br>Ste. E<br>Reno, NV 89504<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Ovidia L. McGuinness<br>P.O. Box 905<br>Lovelock, NV 89419<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Kevin Darby<br>Darby Law Practice<br>4777 Caughlin Parkway<br>Reno, NV 89519<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Internal Revenue Service<br>P.O. Box  7346<br>Philadelphia, PA 19101-7346<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Bankruptcy NV Dept of Taxation<br>4600 Kietzke Lane<br>Suite L-235<br>Reno, NV 89502<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | Training Dept of Employment<br>Employment Security Division<br>500 E. Third Street<br>Carson City, NV 89713<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE | 10/16/09 | 610 | United States Trustee<br>300 Booth Street<br>Room 3009<br>Reno, NV 89509<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$223,369.33** | **$223,369.33** | **$0.00** | **$223,369.33** | **$0.00** |
| 30 -2 | 07/30/10 | 620 | LANDER COUNTY TREASURER<br>315 SOUTH HUMBOLDT STREET<br>Battle Mountain, NV 89820<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 02/21/14 01:12 PM  **Claims Distribution Register**  Page: 6

**Case: 09-53637-GWZ    MCGUINNESS, OVIDIA L.**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 31U | 10/12/10 | 620 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126,Stop: N781<br>Philadelphia, PA 19114<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 19,649.06 | 19,649.06 | 0.00 | 19,649.06 | 0.00 |
| 32 | 12/08/10 | 620 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI 48255-0953<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 10,517.34 | 10,517.34 | 0.00 | 10,517.34 | 0.00 |
| 33 | 12/17/13 | 620 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 3,548.39 | 3,548.39 | 0.00 | 3,548.39 | 0.00 |
| | | | **Total for Priority 620:    0% Paid** | **$33,714.79** | **$33,714.79** | **$0.00** | **$33,714.79** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$257,084.12** | **$257,084.12** | **$0.00** | **$257,084.12** | **$0.00** |
| | | | **Total for Case :** | **$461,582.37** | **$337,341.22** | **$0.00** | **$337,341.22** | **$63,609.68** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-53637-GWZ
Case Name: MCGUINNESS, OVIDIA L.
Trustee Name: ANABELLE SAVAGE

**Balance on hand:** $ 63,609.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 63,609.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANABELLE SAVAGE | 6,662.65 | 0.00 | 6,662.65 |
| Trustee, Expenses - ANABELLE SAVAGE | 808.74 | 0.00 | 808.74 |

Total to be paid for chapter 7 administration expenses: $ 7,471.39
Remaining balance: $ 56,138.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 56,138.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $72,785.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31P | Internal Revenue Service | 72,785.71 | 0.00 | 56,138.29 |

Total to be paid for priority claims: $ 56,138.29
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 223,369.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 4,016.62 | 0.00 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 13,324.71 | 0.00 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 5,097.03 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for TD Bank, USA | 4,546.78 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 6,196.39 | 0.00 | 0.00 |
| 7 | PERSHING GENERAL HOSPITAL | 3,556.63 | 0.00 | 0.00 |
| 8 | STOR ALL, LLC | 3,104.05 | 0.00 | 0.00 |
| 9 | LOUIE'S ACE HOME CENTER | 379.92 | 0.00 | 0.00 |
| 10 | SIERRA ROOFING SUPPLY | 7,432.06 | 0.00 | 0.00 |
| 11 | CNH Capital America LLC | 10,146.85 | 0.00 | 0.00 |
| 12 | CNH Capital America LLC | 4,326.10 | 0.00 | 0.00 |
| 13 | CNH Capital America LLC | 27,880.97 | 0.00 | 0.00 |
| 14 | CNH Capital America LLC | 8,466.26 | 0.00 | 0.00 |
| 15 | CNH Capital America LLC | 14,431.51 | 0.00 | 0.00 |
| 16 | CNH Capital America LLC | 1,654.09 | 0.00 | 0.00 |
| 17 | HUMBOLDT VEGA, LLC | 5,066.22 | 0.00 | 0.00 |
| 20 | Ford Motor Credit Company | 17,227.00 | 0.00 | 0.00 |
| 21 | Ford Motor Credit Company | 14,372.00 | 0.00 | 0.00 |
| 22 | Ford Motor Credit Company | 13,811.18 | 0.00 | 0.00 |
| 23 | KAFOURY ARMSTRONG | 7,265.00 | 0.00 | 0.00 |
| 24 | Volvo Financial Services, a division of VFS US LLC | 22,462.53 | 0.00 | 0.00 |
| 25 | Volvo Financial Services, a division of VFS US LLC | 11,026.64 | 0.00 | 0.00 |
| 26 | MIDLAND FUNDING, LLC | 328.70 | 0.00 | 0.00 |
| 27 | MIDLAND FUNDING, LLC | 443.49 | 0.00 | 0.00 |
| 28 | Fia Card Services, NA/Bank of America | 16,552.54 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 29 | eCAST Settlement Corporation | 254.06 | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 33,714.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31U | Internal Revenue Service | 19,649.06 | 0.00 | 0.00 |
| 32 | Ford Motor Credit Company LLC | 10,517.34 | 0.00 | 0.00 |
| 33 | CAPITAL ONE, N.A. | 3,548.39 | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**